UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Vampire Nation ex rel. Frederick Banks;
United States ex rel Frederick Banks,
Low Security Correctional Institution,
DOB 999                              Plaintiffs,
Butner, NC 27509
                    VS.

The Unconstitutional Activities of
Laurel & Hardy; Harry Lappin,
Director, Federal Bureau of Prisons;
Federal Bureau of Prisons; Department
of Justice; President, United States
of America; Vice President, United
States of America; Hank Paulson,
Treasurer, United States of America;
Treasury Department;
Alberto Gonzales, Attorney General,
United States of America; Director, TSA;
Transportation Security Agency; United
States Passport Office; The Library of
Congress; Charles Shumer, United States
Senator; House of Representatives;
The Senate; Patricia R. Stansberry, Warden
LSCI Butner; Lt. R. Dodson; Lt. Allen;
J. Miosi; Walter Harris; D. Green;

RECEIVED
JAN 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No.

FILED
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER   1:07CV00309
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 02/7/2007

CASE RE-ASSIGNED
MAY 2 2 2007
TO: SULLIVAN, J. EGS

## COMPLAINT

AND NOW COMES The Plaintiffs, Vampire Nation ex rel., Frederick Banks, United States ex rel Frederick Banks ("Banks") and alleges and represents for their Complaint as follows:

RECEIVED
JAN 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

1

### Nature of Action

1. This is a freedom of information/privacy Act action brought against government officials and agencies along with Unconstitutional behavior of BOP officials of LSCI Butner where Banks is presently confined further brought in this qui tam action under the False Claims Act. Banks seeks 33% of Defendants assets as related to the Unconstitutional behavior of LSCI Butner Defendants and BOP officials and seeks immediate release of requested records under the Freedom of Information and Privacy Acts of 1974. Banks hereby gives notice that <u>all property</u> of the Defendants is hereby encumbered during the pendency of this action and may not be resold tendered or transferred. The property encumbered includes but is not limited to all income including income from jobs, investments real estate etc. All income is hereby placed in escrow accounts administered by the Court until this action is resolved, including all property of Defendants. This <u>Notice of Lis Pendens</u> is not dischargable in Bankruptcy Court as Plaintiffs property is exempt from Levy in accords with UCC-419. This Lis Pendens creates a cloud over all property of the Defendants and may not be lifted until all appeals taken from this action are final and resolved.

### Background

2. During 2006 Banks requested records under the Freedom of Information Act and Privacy Act. Defendants did not deliver the requested records. Banks wrote several letters to the President and Vice President and sought copys of all records that pertain to him about him or that mentions his name in his FOIA/PA requests from all Defendants. Further, Banks purponded a request to the Federal Bureau of Prisons in which he requested information to defend himself about a pending investigation by the SIS Lt. Dodson and Lt. Allen at FLSCI Butner. which said arrest and lodgement into the SHU violated Banks Fourth Amendment Right to be Free from unreasonable searches and seizures and. Banks requested all records concerning R. Partyka his therapist that said investigation was purported by Dodson and

(2)

Allen to be about. Defendants did not provide the requested records as required under the FOIA/PA Acts

3. During December 28, 2006 at 12:20 pm Banks was approached by Allen and Dodson. Dodson cornered Banks with Allen against the An outside window of the Education Department and in an intimidating manner and voice asked Banks if he had a call out to be in education. Banks stated that he didn't need a callout, reached in his pocket and produced an education pass. Banks further stated that he had court ordered deadlines to meet and was going into education when it opened at 12:30 to do his law work. Allen stated "Banks you have your story and we'll have ours" Allen further stated "We'll set you up our story will be better than yours." Without cause or reasonable suspicion Allen and Dodson commanded Banks to "turn around" and "put your hands up against the wall" and placed Banks in handcuffs. Allen stated that "I wonder if there is any more poetry in his Legal folder." Allen and Dodson lodged Banks into the hole to curtail his legal actions in civil and criminal matters because he was black and indian and because of his pagan religion Thelema which Stansberry, Harris Green and Allen and Dodson had a contract with each other to curtail Banks, Fiction/poetry writing, Law work, and Religious Practice by "Setting him up" and lodging him into the hole on a easter egg hunt under a bogus investigation. Further Stansberry, Harris Green, Dodson and Allen accused Banks of "Stalking a female Staff member" to justify their unconstitutional actions that were violative of the Right to Religious Freedom, Privacy, Equal protection, The Right to be free from Cruel and Unusual punishment since Banks had a protected liberty interest in remaining at the compound at the low rather than the hole because of the less restrictive conditions and the Right to be free from Unreasonable Searches and seizures since the seizure of Banks was lacking in probable cause and Unreasonable in light of Dodsons and Allens actions and admitted "set up" of Banks. Harry Lappin authorized the activity of these liberty rogues and inadept governs of injustice by

③

okaying and giving the go ahead to "set ups" from his boardroom office in Washington D.C. in accordance with his defacto policies and Defendants defacto policies.

4. Once Banks arrived in the Shu Stansberry, Luppin, Dodson, Allen, J. Miosi, Harris, Green and others curtailed his access to the law library ignored his multiple requests for Bp 8's 9's 10's and 11's to exhaust in this action and therefore his available remedies are now exhausted And Defendants spread horrible rumors about Banks throughout the compound to staff and inmates that he was a stalker which defamed his character when all the while Defendants very well knew that they made up the bogus accusations to willfully and knowingly and intelligently and purposely violate Banks constitutional Rights because of his Race, Religion and legal activities by defending himself in a court of law and litigating various civil actions. J. Miosi knew the activity was unlawful but chose to say nothing and simply watch as Allen sat around in the Shu joking about Banks to other Shu correctional officers and Lt's about the purposeful Frameup. However now Mr. Lourei and Hardy have been served with a Just Punishment! Defendants violated Banks constitutional Rights because of his class based status as an African American and Indian in North Carolina and Pennsylvania citizen.

Count 1-20 - FOIA/PA Act

5. Paragraphs 1 through 4 are hereby incorporated by reference and realleged as if fully set forth again.

6. Banks propounded a request to the Federal Bureau of Prisons/Dept of Justice, Executive offices of the President and Vice President, The Senate, The House of Representatives, Charles Shumer, Senator, Treasury Department, The Library of Congress, The United States Passport office, The Transportation Security Agency under the Freedom of Information and Privacy Acts.

7. None of the Defendants provided the requested records and Banks is entitled to the records est under the FOIA/PA Acts.

④

Count 21-40 - Constitutional violations

8. Paragraphs 1 through 7 are hereby incorporated by reference and realleged as if fully

set forth again

9. By subjecting Banks to the above cited Constitutional violations, Defendants infringed on Banks right to be free from unreasonable searches and seizures, Privacy Rights, Religious Freedom, Freedom of Speech, Due Process, Cruel and Unusual Punishment and Damage Banks by lodging him into the hole in further violation of Equal Protection because he was black and Indian and violated his protected liberty interest denied him Access to the Courts and Access to administrative remedies in violation of Due Process. Defendants activity was willful, knowing, intentional, purposeful and intelligently done to inflict Constitutional violations and harm upon Banks by the very authorities that took a sworn oath to uphold the Constitution of the United States and failed miserably.

10. As such, Defendants are liable to Banks pursuant to the First, Fourth, Fifth, Eighth, and Thirteenth Amendments in the amount of $45,000,000.00 and punitive damages in the amount of $90,000,000.00 totaling $135,000,000.00.

Count 41-60 False Claims Act

11. Paragraphs 1 through 10 are hereby incorporated by reference and realleged as if fully set forth again.

12. Defendants by subjecting Banks to the above cited conditions willfully knowingly intentionally, purposefully, knowingly and maliciously took and stole money from the United States from their paychecks insurance, and pensions by violating the herein cited violations of Banks Constitutional Rights and therefore violated the False Claims Act thereby damaging Banks as cited above.

13. As such Defendants owe Banks 33% of their assets and income pursuant to the False Claims Act. Including but not limited to the assets of their spouses.

⑤

Count 61-80 - Defamation

14. Paragraphs 1 through 13 are hereby incorporated by reference and realleged as if fully set forth again

15. By subjecting Banks to the above cited conditions Defendants defamed Banks character. Defendants actions were willfull, knowing, intelligent, purposeful, deliberate, and maliciously done and damaged Banks whos reputation was raked back and forth through the mud and the gutter upon a pack of lies which was a lie by wolves within another lie.

16. As such Defendants are liable to Banks in the amount of 1 million each and ponative damages in the amount of $2,000,000.00 totaling $3,000,000.00 and Defendants are liable to Banks to take at least 40 hours of African American and Indian history and sensitivity courses along with 200 hours each of community service in an African American community so that they may get their minds right.

WHEREFORE, The Plaintiffs respectfully demand that judgement be entered against defendants and for the Plaintiffs in the amount of $138,000,000.00, along with 33% of Defendants assets, immediate release of all requested records to the Plaintiffs, ordering sensitivity courses and community service for defendants along with costs interest and fees.

Respectfully Submitted,

Frederick Banks
#05711-068
PO Box 999
Butner, NC. 27509

Vampire Nation
613 Cross Street
East McKeesport, PA 15035

PLAINTIFFS

(6)