UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Vampire nation ex rel., Frederick Banks,
et al.,
Plaintiffs,

vs.

Civil Action No. 07 0309

The Unconstitutional Activities of
Laurel & Hardy, et al.,
Defendants

FILED
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Frederick Banks hereby moves this Honorable Court to allow Banks to proceed In Forma Pauperis and in support says:

Banks is a federal inmate who is not working and has received $1300.00 over the last 12 months from family. Banks has no assets and no income and wishes to be granted IFP status under the Prison Litigation Reform Act. Banks has $0.00 in his inmate account and does not expect to receive any money in the future. Banks requested from Walter Harris and D. Green the Unit manager and Counselor copies of his inmate account statement to attached to this motion and the Unit team either ignored his request that were verbal and made via copouts or refused to provide the requested statements to further curtail this litigation. Also Defendants have Banks tucked back in the very last cell in the hole so they don't have to walk by and /or who knows what else. In light of these activities and Banks lack of income and assets (ie. None) he requests that the Court grant the foregoing motion to proceed in forma pauperis.

WHEREFORE, the Plaintiff Frederick Banks hereby requests respectfully that the foregoing motion be...

RECEIVED
JAN 05 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

(1)

2

Frederick Banks
PO Box 999
Butner, NC. 27509

PLAINTIFF

Executed this 1st day of January, 2006 under the penalty for Perjury. 28 USC 1746.