UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Banks,

    Plaintiff,

v.

Harry Lappin, et al.,

    Defendants.

Civil Action No. 07 0309

MOTION FOR EXTENSION OF TIME TO FILE INMATE ACCOUNT STATEMENT

On February 20 Banks received the Court order of 1/20/07. Banks has been in transit and has just arrived at Yazoo City, MS and is presently without his legal mail property. Banks has submitted a copy of his inmate account statement to this Court but in an abundance of caution files this Motion for Extension of time in which he requests an extension of 30 days to lodge his inmate account statement on the docket. Banks also requests that the Court caution defendants not to obstruct his legal filings or delay his mail in any manner if they are doing so.

    WHEREFORE, The Plaintiff, Frederick Banks, respectfully requests that the foregoing Motion be granted.

Respectfully submitted,

Frederick Banks
#05711-068
 Unit 2Au
PO Box 5000
Yazoo City, MS 39194-5000

PLAINTIFF

Certificate of Service

I hereby certify that on this 23rd day of February, 2007 I served a true and correct copy of the foregoing by mail delivery upon the following;

        Ms. Nancy Mayer Whittington, Clerk
        United States District Court
        333 Constitution Avenue, N.W.
        Washington, D.C. 20001

cc: all parties of record

                                                  Frederick Banks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Banks,            )
          Plaintiff,        )
   vs.                      )   Civil Action No. 07-0309
Harry Lappin, et al.,       )
          Defendants        )
                            )

DECLARATION REGARDING INMATE ACCOUNT STATEMENT; AND NOTICE OF CHANGE OF ADDRESS

Plaintiff Frederick Banks ("Banks") attaches hereto a copy of his inmate account statement and asserts;

On 2/20/07 Banks received the Court's order of 1/20/07 and contacted his Unit team Case Manager and Counselor to obtain a copy of his inmate account statement from his previous BOP facility at LSCI Butner. The Case Manager and Counselor informed Banks that they cannot obtain records from his previous institution however the records would be exactly the same since all the BOP's computers are tied to the same system. They also stated that they may only provide Banks with an updated statement which Banks has attached hereto.

Banks also informs the Court of his new address which is Frederick Banks, #05717-068, Unit 2Au, PO Box 5000, Yazoo City, MS 39194-5000.   Executed this 23rd day of February, 2007 under the penalty for perjury. 28 USC 1746.

Respectfully Submitted,

Frederick Banks
#05717-068
Unit 2Au
PO Box 5000
Yazoo City, MS 39194

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05711068 | Current Institution: | Yazoo City FCI |
| Inmate Name: | BANKS, FREDERICK | Housing Unit: | YAZ-B |
| Report Date: | 02/20/2007 | Living Quarters: | B11-036U |
| Report Time: | 3:53:18 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6444 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 10/11/2005 |
| Local Account Activation Date: | 2/17/2007 4:01:32 AM |
| Sort Codes: | |
| Last Account Update: | 2/19/2007 7:34:41 PM |
| Account Status: | Active |
| Phone Balance: | Unknown |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $3.51 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $2.61 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.90 |
| National 6 Months Deposits: | $58.92 |
| National 6 Months Withdrawals: | $114.64 |
| National 6 Months Avg Daily Balance: | $8.83 |
| Local Max. Balance - Prev. 30 Days: | $11.51 |
| Average Balance - Prev. 30 Days: | $10.95 |

## Commissary History

### Purchases

|                             |              |
|-----------------------------|--------------|
| Validation Period Purchases: | $0.00        |
| YTD Purchases:              | $0.00        |
| Last Sales Date:            | No Comm Sales |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $290.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

## Comments

**Comments:**

Certificate of Service

I hereby certify that on this 23rd day of February, 2007 I served a true and correct copy of the foregoing by mail delivery upon the following:

Ms. Nancy Mayer Whittington, Clerk
United States District Court
333 Constitution Ave. N.W.
Washington, DC 20001

Frederick Banks