UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vampire Nation ex rel. Frederick Banks;** <br> **United States ex rel: Frederick Banks,** <br> **Low Security Correctional Institution** <br> **P.O. Box 999** <br> **Butner, NC 27509** <br><br> **Plaintiffs** <br><br> v. <br><br> **The Unconstitutional Activities of Laurel and Hardy; Harry Lappin, Director, Federal Bureau of Prisons; Department of Justice; President, United States of America; Vice President United States of America; Hank Paulson, Treasurer, United States of America, Treasury Department, Alberto Gonzalez, Attorney General, United States of America; Director, TSA; Transportation Security Agency; United States Passport Office; The Library of Congress; Charles Shumer, United States Senator; House of Representatives; The Senate; Patricia R. Stansberry, Warden LSCI Butner; Lt. R. Dodson; Lt. Allen; J. Miosi; Walter Harris; D. Green;** <br><br> **Defendants.** | Civil Action No.  07–0309 (EGS) |

# **PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Karen L. Melnik, as counsel for the defendants in the above-entitled case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY, D.C. BAR #498610


\_\_\_/s/_____
KAREN MELNIK,  D.C. BAR #436452
Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W., E-4112
Washington, D.C. 20530
(202) 307-0338


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Frederick Banks, Low Security Correctional Institution, P.O. Box 999, Butner, North Carolina 27509, on June 13, 2007.


_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the    District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)