**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

Civil Action, File Number **07-309  EGS**

TO:
Lt. R. Doddon
FCI - Yazoo City
POB 5000
Yazoo City, MS 39194

**Frederick Banks**

V.

**Harley Lappin, et la**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

If you are served on behalf of a corporation, ____ur signature your relationship to that entity. If ____ indicate under your signature your authority.

____ days, you (or the party on whose behalf you ____ mplaint in any other manner permitted by law.

____ behalf you are being served) must answer the ____ nt by default will be taken against you for the

____ t of Summons and Complaint By Mail was

____ COMPLAINT

____ complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

_____

City, State and Zip Code

_____

Signature

_____

Relationship to Entity/Authority to Receive

_____

Service of Process

_____

Date of Signature            Form USM-299
                             (Rev. 6/95)

---

*Handwritten/mail receipt card:*

07-309   FRT   6-5-07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. R. Doddon
FCI - Yazoo City
POB 5000
Yazoo City, MS 39194

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   6-5-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4984 6584

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

Lt. Allen
FCI - Yazoo City
POB 5000
Yazoo City, MS  39194

Civil Action, File Number  **07-309 EGS**

**Frederick Banks**

V.

**Harley Lappin, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the

07-309    FRT    6-5-07

_____ by default will be taken against you for the

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Allen
FCI- Yazoo City
POB 5000
Yazoo City, MS 39194

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
6/8/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0000 4984 6539

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

of Summons and Complaint By Mail was

_____ 'S Official)

OMPLAINT

mplaint in the above captioned manner at

and Street Name or P.O. Box No.

Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature    Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of — Columbia —

TO:

Correction Officer D. Green
FCI — Yazoo City
POB 5000
Yazoo City, MS 39194

Civil Action, File Number __07-309    EGS__

__Frederick Banks__
V.

__Harley Lappin, ET al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the ... nt by default will be taken against you for the ...

M-309    6-5-07    PRT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Correction Officer D. Green
FCI - Yazoo City
POB 5000
Yazoo City, MS 39194

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ____    ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
6/8/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0000 4984 5037

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

... pt of Summons and Complaint By Mail was

... MS Official)

COMPLAINT
... complaint in the above captioned manner at

... r and Street Name or P.O. Box No.

... Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

Correction Officer Walter Harris
FCI - Yazoo City
POB City
Yazoo City, MS 39194

Civil Action, File Number    **07-309    EGS**

**Frederick Banks**

V.

**Harley Lappin, et Zal**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

07-309  FRT  6-5-07

days, you (or the party on whose behalf you [ ] plaint in any other manner permitted by law.

behalf you are being served) must answer the [ ] t by default will be taken against you for the

t of Summons and Complaint By Mail was

_____ /S Official)

**:OMPLAINT**

_____ omplaint in the above captioned manner at

_____ and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Correction Officer Walter Harris
FCI - Yazoo City
POB City
Yazoo City, MS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    [ ] Agent
                            [ ] Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    6/8/07

D. Is delivery address different from item 1?  [ ] Yes
   If YES, enter delivery address below:        [ ] No

3. Service Type
   [ ] Certified Mail     [ ] Express Mail
   [ ] Registered         [ ] Return Receipt for Merchandise
   [ ] Insured Mail       [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)    [ ] Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4984 5020

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

---

### NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

Correction Officer J. Miosi
FCI - Yazoo City
POB 5000
Yazoo City, MS  39194

Civil Action, File Number **07-309   EGS**

**Frederick Banks**

V.

**Harley Lappin, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you ... complaint in any other manner permitted by law.

... e behalf you are being served) must answer the ... ent by default will be taken against you for the

... eipt of Summons and Complaint By Mail was

_____
(USMS Official)

... D COMPLAINT
... e complaint in the above captioned manner at

... ber and Street Name or P.O. Box No.

_____

City, State and Zip Code

_____

Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

*The following is a USPS PS Form 3811 return receipt card overlaid on the document:*

02-309    65-07    FRC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Correction Office J. Miosi
FCI- Yazoo City
POB 5000
Yazoo City, MS 3719#

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery   6/1/07

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 2260 0000 4984 6133

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540