**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Patricia R. Stansberry, Warden
FCI-Yazoo City
POB 5000
Yazoo City, MS 39194

Civil Action, File Number __07-309 EGS__

__Frederick Banks__
                                 V.
__Harley Lappin, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the copies of this form to the sender within ____ days, you (or the party on whose behalf you are being served) must answer the complaint in any other manner permitted by law.

If you do complete and return the copies of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days. Failure to do so will result in a judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgement of Receipt of Summons and Complaint By Mail was ...

_____
Signature (USMS Official)

REMARKS:
RETURN OF SERVICE OF SUMMONS AND COMPLAINT
I hereby certify and return that I have served the summons and complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature                    Form USM-299
                                     (Rev. 6/95)

Copy 4 - USMS District Suspense

---

*Attached return receipt card:*

07-309   6-5-07   7RT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Patricia R. Stansberry, Wdn.
FCI-Yazoo City
POB 5000
Yazoo City, MS 39194

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 6/8/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 6669

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Dept. of Treasury
1500 Pennsylvania Ave., NW
Washington, CD 20220

Civil Action, File Number __07-309 EGS__

__Frederick Banks__
V.
__Harley Lappin, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature: 6-5-07

Signature (USMS Official)

---

07-309    6-5-07

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Dept. of Treasury
1500 Penns. Ave., NW
Washington, DC 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN - 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 7253

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

COMPLAINT
...complaint in the above captioned manner at

...and Street Name or P.O. Box No.

Zip Code

Entity/Authority to Receive

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
Hank Paulson, Treasurer
US Dept. of Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

Civil Action, File Number **07-309 EGS**

**Frederick Banks**
V.
**Harley Lappin, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

07-309    6-5-07

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hank Paulson, Treasurer
U.S. Dept. of Treasury
1500 Penns. Ave., NW
Washington, DC 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received (Printed Name)   JUN 2007
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 7260

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

If you are served on behalf of a corporation, ...ur signature your relationship to that entity. If indicate under your signature your authority.

... days, you (or the party on whose behalf you ...plaint in any other manner permitted by law.

behalf you are being served) must answer the ...t by default will be taken against you for the

...t of Summons and Complaint By Mail was

_____
(MS Official)

COMPLAINT
...omplaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature