United States District Court
For THE District of Columbia

Vampire Nation ex rel., Frederick Banks, et al.,
   Plaintiffs,

v.

The Unconstitutional Activities of Laurel and Hardy, et al.,
   Defendants.

Civil Action No. 07-0309 (EGS)

RECEIVED
JUL 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice of Plaintiff's Change of Address

Plaintiff Frederick Banks ("Banks") hereby gives notice of his change of address to;

Frederick Banks
#05711-068
Unit 2Au
PO Box 5000
Yazoo City, MS 39194-5000

Plaintiff

Certificate of Service

I hereby certify that on this 29th day of June, 2007 I served a true and correct copy of the foregoing by Electronic mail delivery upon the following:

Karen L. Melnik, AUSA
US Attorney's office for the District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, DC 20530

_____
Frederick Banks