UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY LAPPIN, et al., )<br>)<br>      Defendants. ) | RECEIVED<br>AUG 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br>Civil Action No. 07-0309 (EGS) |

MOTION FOR EXTENSION OF TIME; AND MOTION TO FURNISH PLAINTIFF CERTIFIED MAIL MOTION TO DISMISS

    Plaintiff, Frederick Banks ("Banks") hereby respectfully moves this honorable Court to grant the time for filing his response to Defendants' Motion to Dismiss because he never received a copy of the Defendants Motion. Since Banks' never received a copy of Defendants Motion he could not respond and if he is denied the opportunity to respond his Due Process Rights would be violated. Banks notes that the mail at Yazoo City is has been backed up and behind months. In accordance with the foregoing information Banks' suggests that the following steps be taken.
    1. That the US Attorney forward a copy of the Motion to Dismiss by Certified Mail toBanks.
    2. That the US Attorney forward a copy of Motion to Dismiss to the Warden of Yazoo City Certified with a memo that the Warden is to forward a copy of the Motion to Dismiss to Banks and verify that Banks has received it by obtaining his signature.
    3. That the US Attorney is required to forward a copy of the document with Plaintiffs signature back to the Clerk and file it with the Court confirming receipt of the Motion to Dismiss.
    4. That an extension of 45 days be granted in which Plaintiff shall respond to the Defendants' Motion to Dismiss.
    WHEREFORE, The Plaintiff, Frederick Banks, respectfully requests that the foregoing Motions ~~be granted~~. be granted

Respectfully submitted,

Frederick Banks
#05711-068
Unit 2AU
PO Box 5000
Yazoo City, MS 39194-5000


PLAINTIFF

Certificate of Service

I hereby certify that on this 18th day of August, 2007 I served a true and correct copy of the foregoing by mail delivery upon the following and filed on the same date under the prison mailbox rule by handing a copy to the correctional officer addressed to the clerk of court. Houston v. Lack, 487 US 266 (1988).


Clerk, United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001


_____
Frederick Banks