UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS,            )
                            )
        Plaintiff,          )
                            )
    v.                      )    Civil Action No. 07-0309 (EGS)
                            )
HARLEY LAPPIN, *et al.*,    )
                            )
        Defendants.         )

**ORDER**

It is hereby

ORDERED that plaintiff's motion for an extension of time [#19] is GRANTED IN PART and DENIED IN PART. The Court will direct defendants to re-serve their motion and will grant plaintiff a 30-day extension of time to file an opposition or other response to defendants' dispositive motion. In all other respects the motion is denied. It is further

ORDERED that defendants shall re-serve a copy of their dispositive motion and all supporting documents on plaintiff at his address of record and shall file a notice with the Court by **September 7, 2007**. It is further

ORDERED that plaintiff shall file an opposition or other response to defendants' motion by **October 9, 2007**. If plaintiff fails to respond by this date, the Court may treat the motion as conceded.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
           United States District Judge

Dated:     August 30, 2007