UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, | ) |
|        Plaintiff, | ) |
| v. | ) CASE NUMBER 1:07-CV-00309-EGS |
| HARLEY LAPPIN, ET AL., | ) |
|        Defendants. | ) |

**NOTICE OF SERVICE**

    Pursuant to the Court's Order of August 30, 2007, directing the defendants to re-serve a copy of their dispositive motion and all supporting documents on plaintiff at his address of record, and to file a notice with the Court, the defendants hereby notify the Court that they sent the materials to the plaintiff on today's date to the following address: Federal Correctional Institution, Unit 2 AW, P.O. Box 5000, Yazoo City, MS 39194-5000.

                        Respectfully submitted,

                        _s/_
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

                        _s/_
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

        s/
_____
KAREN L. MELNIK, D.C. BAR # 436451
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Notice of Service, has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Frederick Banks, Register Number 05711-068, Unit 2AW, P.O. Box 5000, Yazoo City, MS 39194-5000, on September 4, 2007.

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney