UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FREDERICK BANKS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 07-309 (EGS) |
| **HARLEY LAPPIN, et al.,** | ) ) ) | |
| Defendants. | ) ) ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply in support of defendants' motion to dismiss or, in the alternative, for summary judgment or for a more definite statement. In support of this request, the defendants state as follows:

1. On August 18, 2007, plaintiff mailed his motion for an extension of time to file an opposition to defendants' dispositive motion. His motion was filed with the Court on August 23, 2007. The Court granted plaintiff's motion, and re-set the deadline for filing his opposition to October 9, 2007.

2. However, on August 22, 2007, plaintiff mailed a copy of his opposition to defendants, which was received on *today's* date. Although defendants complied with the Court's order and re-served plaintiff yesterday with its dispositive motion, it is now obvious that plaintiff had already received defendants' originally- served copy.

3. Because plaintiff mailed his opposition on August 22, 2007, the defendants' reply

was due to be filed yesterday. As a result, defendants' now seek an extension of time to file their reply. Because of the number of agencies and individually-named defendants involved in this lawsuit, and because of the exhibits attached to plaintiff's opposition, which purport to be FOIA requests to some of the agencies, defendants are requesting a thirty (30) day extension of time.

Wherefore the defendant requests until October 5, 2007, to file a reply. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Motion for Extension of Time, has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Frederick Banks, Register Number 05711-068, Unit 2AW, P.O. Box 5000, Yazoo City, MS 39194-5000, on September 5, 2007.

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FREDERICK BANKS,** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No.: 07-309 (EGS) |
| **HARLEY LAPPIN, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is GRANTED. It is further

ORDERED, that Defendants will have until October 5, 2007, to file a reply.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Frederick Banks
Register Number 05711-068
Unit 2AW
P.O. Box 5000
Yazoo City, MS 39194-5000

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530