UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS,

    Plaintiff,

v.                               Civil Action No. 07-309 (EGS)

HARLEY LAPPIN, et al.,

    Defendants.

RECEIVED
SEP 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REPLY TO ORDER OF COURT DATED 8/30/07

Plaintiff hereby notifies the Court and the parties that he filed his response to Defendants dispositive Motion which was sent via certified mail and received by the Clerk of this Court on August 27, 2007, certified mail receipt number 7004 2890 0001 1051 1469. Plaintiff request that the Court take judicial notice of the certified return receipt number and notify him if he should file a copy of his reply to the dispositive Motion of the defendants.

Respectfully submitted,

_____
Frederick Banks
#05711-068
Unit 2AU
PO Box 5000
Yazoo City, MS 39194-5000


PLAINTIFF

Certificate of Service

I hereby certify that on this 8th day of September, 2007 I served a true and correct copy of the foregoing by mail delivery upon the following:

Jeffrey Taylor
Rudolph Contreras
Karen L. Melnik
AUSA's
555 4th Street, N.W. Rm. 4112E
Washington, DC 20530


_____
Frederick Banks

Executed pursuant to the penalty for perjury. 28 USC § 1746 on this 8th day of September, 2007 to the best of my knowledge and belief.

_____
Frederick Banks