UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0309 (EGS) ) |
| HARLEY LAPPIN, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motions to dismiss and for summary judgment [#17] are GRANTED IN PART and DENIED IN PART, and defendants' motion for a more definite statement [#17] is DENIED without prejudice. It is further

ORDERED that defendants' motion for an extension of time to file a reply [#22] is GRANTED *nunc pro tunc*. It is further

ORDERED that, within 45 days of entry of this Order, defendants shall file a renewed dispositive motion regarding: (1) the Privacy Act claims against the Department of the Treasury and the Library of Congress; (2) the FOIA and Privacy Act claims against the Department of Justice, (3) the *Bivens* claim against defendant Lappin, and (4) the False Claims Act claim.

SO ORDERED.

Signed: EMMET G. SULLIVAN
United States District Judge

Dated: March 22, 2008