# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, )<br>    )<br>        Plaintiff, )<br>    v. )<br>    ) Civil Action No. 07-0309 (EGS)<br>HARLEY LAPPIN, et al., )<br>    )<br>        Defendant. )<br>    ) | |

## AMENDED CERTIFICATE OF SERVICE

On April 22, 2008, I sent a copy of the Defendants' Renewed Motion For Summary Judgment to Plaintiff Frederick Banks at: #05711-068, P.O. Box 999, Butner, N.C., 27509. The copy was returned to me, undelivered, late yesterday. I hereby certify that on this 15th day of May, 2008, I caused the foregoing Defendants' Renewed Motion For Summary Judgment to be served on Plaintiffs via first class mail, postage prepaid at:

Frederick Banks
RO5711-068
Federal Correctional Institution
Unit 2 AW
P.O. Box 5000
Yazoo City, MS 39194-5000

/s/
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney

555 Fourth St., N.W.

Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov