UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vampire Nation and                    )
FREDERICK BANKS,                       )
            Plaintiffs,                )
                                       )
      v.                               )     1:07-cv-309   (Doc 29)
                                       )
HARLEY LAPPIN, et al;                  )     1:08-cv-18   (Doc 12)
Federal Bureau of Prisons, et al;      )     1:06-cv-1950  (Doc 36)
Department of Justice, et al;          )

Plaintiffs Reply to Orders Entered 5/5/08, 5/6/08
AND 5/19/08 AND MOTION FOR STATUS REPORT; AND MOTION TO ENJOIN

Plaintiff's Frederick Banks and Vampire Nation ("Banks") reply to the above captioned Court orders as follows;

Banks has responded to the Defendants Motions filed at Banks v. Federal Bureau of Prisons, 1:08-cv-18 (Doc 12) and Banks v. Department of Justice, 1:06-cv-1950 (Doc 36), Banks however has not replied to the Defendants renewed Motion to Dismiss filed at Banks v. Lappin, 1:07-cv-309 RE: (Doc 29) because Banks has not yet received Defendants Renewed Motion for Summary Judgment in that case. Banks believes that Yazoo City Bop officials may be hindering his legal mail outgoing and incoming. The Bop here at Yazoo City Banks has confirmed are unlawfully opening reading and copying all legal mail he receives including the mail from this Court, this is confirmed because most times Banks receives a copy of the legal mail and the staple prison officials placed on the documents is a — staple mark that is copied. Therefore Banks requests that the Court order the Defendants and Clerk to issue a status report and serve Plaintiff by certified mail on the status of his replies and order the Defendants to resend the pleading in the Banks v. Lappin 1:07-cv-309 (Doc 29) case via certified mail so that Banks may respond. Banks also moves the Court to enjoin Defendants and prison officials from obstructing his legal process and all other relief the Court deems fair and just.

WHEREFORE, The Plaintiffs respectfully request that the foregoing Motions be be granted.

Respectfully Submitted,

Certificate of Service

I hereby certify that on this 15th day of May, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

Karen L. Melnik, AUSA
Mercedeh Momeni, AUSA
William Mark Nebeker, AUSA
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530

[ Via electronic Notification ]

Frederick Banks